IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| TYLER JONES, DION L. SMITH, TANYA RICHARDS, NEAL RUSSO, ELYCE LEVIN, DEVON HOSEY, and TALISHA HILL, <br><br>  Plaintiffs, <br><br> v. <br><br> COGENT COMMUNICATIONS, INC., 1015 31st Street, NW <br> Washington, DC 20007 <br><br> Serve: Corporation Service Company <br> 1090 Vermont Avenue, NW <br> Washington, DC 20005 <br><br>  Defendant. | § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. _____ <br><br><br><br><br><br><br><br><br><br><br><br><br> JURY TRIAL DEMANDED |

---

## PLAINTIFFS' ORIGINAL COMPLAINT

### I. SUMMARY

1. Cogent Communications, Inc. ("Defendant" or "Cogent") failed to pay Plaintiffs, who worked as inside sales personnel, namely, Regional Account Managers and Global Account Managers, overtime as required by the Fair Labor Standards Act ("FLSA") and as required under the D.C. Minimum Wage Act Revision Act of 1992, D.C. Code §§ 32-1001 *et seq.* ("DCMWA").

2. Cogent paid these non-exempt employees a salary and occasional commissions, but no overtime compensation.

3. This action seeks to recover the unpaid wages and other damages owed to Plaintiffs.

## II. Jurisdiction and Venue

4. This Court has original subject matter jurisdiction pursuant to 28 U.S.C. § 1331 because this action involves a federal question under the FLSA.

5. Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b).

## III. The Parties

6. Tyler Jones is a resident of Eau Claire, Wisconsin, and worked for Cogent's Washington D.C. and Herndon office as Regional Account Manager.

7. Dion L. Smith is a resident of Waldorf, Maryland, and worked for Cogent's Washington D.C. and Tyson's Corner office as a Regional Account Manager.

8. Tanya Richards is a resident of Germantown, Maryland, and worked for Cogent's Washington D.C. and Herndon office as a Regional Account Manager.

9. Neal Russo is a resident of Kensington, Maryland, and worked for Cogent's Washington D.C. and Tyson's Corner offices as a Regional Account Manager and Global Account Manager.

10. Elyce Levin is a resident of Bethesda, Maryland, and worked for Cogent's Washington D.C. offices as a Regional Account Manager.

11. Devon Hosey is a resident of Alexandria, Virginia, and worked for Cogent's Washington D.C. offices as an Account Sales Manager.

12. Talisha Hill is a resident of Arlington, Virginia, and worked for Cogent's Washington D.C. offices as a Regional Account Manager.

13. Tyler Jones, Dion L. Smith, Tanya Richards, Neal Russo, Elyce Levin, Devon Hosey, and Talisha Hill each herein confirm and re-affirm their consent to participate as

Plaintiffs in an action to collect wages under the FLSA and DCMWA and are hereinafter referred to as "Plaintiffs."

14. Cogent is a Delaware corporation with domestic and international offices, including an office in Houston, Texas, and an office in Washington, D.C. Cogent may be served through its registered agent, Corporation Service Company at 1090 Vermont Avenue, NW Washington, D.C. 20005.

### IV. FACTS

15. Cogent is an Internet and network service provider offering Internet access, data transport, and colocation services through their Internet data centers. Cogent services "Corporate" and "NetCentric" customers. Cogent's network spans across North America, across the Atlantic throughout Europe, and across the Pacific to Asia. With over 54,500 route miles of intercity fiber and more than 16,600 metro fiber miles, Cogent provides service to over 170 major markets and interconnect with over 3,800 other networks. Cogent's employees regularly handle goods or materials that have moved in, or were produced for, commerce, such as computer monitors, workstations, printers, telephones, networking hardware, etc. Cogent is an enterprise engaged in commerce under the FLSA because at all times material hereto it had an annual gross volume of sales in excess of $500,000.00.

16. Cogent employed Plaintiffs as salaried employees under such job titles as Regional Account Manager, Global Account Manager, and Account Executives.

17. The primary job duties of both Regional Account Managers, Global Account Managers, and Account Executives are non-exempt duties. Plaintiffs were engaged in commerce or in the production of goods for commerce on behalf of Cogent.

18. Plaintiffs routinely worked more than forty (40) hours in a workweek.

19. Cogent paid Plaintiffs a salary regardless of the number of hours they worked each week.

20. Despite its obligations under the FLSA and DCMWA, Cogent did not pay Plaintiffs any overtime.

## V. CAUSES OF ACTION

### FLSA

21. Plaintiffs re-allege paragraphs 1-20 as if set out here in their entirety.

22. By failing to pay Plaintiffs overtime at one-and-one-half times their regular rates, Cogent violated the FLSA's overtime provisions.

23. Cogent owes Plaintiffs overtime at one-and-one-half times their regular rates for all hours worked in excess of forty hours in a workweek. Because Cogent knew, or showed reckless disregard for whether its pay practices violated the FLSA, making its FLSA violations willful, Cogent owes these wages for at least the past three (3) years.

24. Plaintiffs are also entitled to liquidated damages in an amount equal to their unpaid wages.

25. Plaintiffs are also entitled to recover their reasonable attorneys' fees and costs incurred in this action.

### DCMWA

26. Plaintiffs re-allege paragraphs 1-25 as if set out here in their entirety.

27. By failing to pay Plaintiffs overtime at one-and-one-half times their regular rates, Cogent violated the DCMWA's overtime provisions.

28. Cogent owes Plaintiffs overtime at one-and-one-half times their regular rates for all hours worked in excess of forty hours in a workweek. Because Cogent knew, or showed

reckless disregard for whether its pay practices violated the DCMWA, making its DCMWA violations willful, Cogent owes these wages for at least the past three (3) years.

29. Plaintiffs are also entitled to liquidated damages in an amount equal to their unpaid wages.

30. Plaintiffs are also entitled to recover their reasonable attorneys' fees and costs incurred in this action.

## VI. Jury Demand

31. Plaintiffs demand a trial by jury.

## VII. Prayer

32. Plaintiffs respectfully request judgment in their favor, awarding them:

   a. All unpaid overtime compensation, liquidated damages, attorneys' fees and costs under the FLSA and DCMWA;

   b. Pre- judgment and post-judgment interest on all amounts awarded at the highest rate allowable by law; and

   c. All such other and further legal and equitable relief to which Plaintiffs may show themselves to be justly entitled.

Respectfully submitted,

ZIPIN, AMSTER & GREENBERG, LLC

_____
GREGG C. GREENBERG
DC Federal Bar No. MD17291
ggreenberg@zagfirm.com
836 Bonifant Street
Silver Spring, Maryland 20910
Telephone: (301) 587-9373
Facsimile:  (301) 587-9397

SHELLIST LAZARZ SLOBIN LLP

By: /s/ Daryl J. Sinkule[1]
    TODD SLOBIN (To Move Pro Hac Vice)
    Texas State Bar No.24002953
    tslobin@eeoc.net
    DARYL J. SINKULE (To Move Pro Hac Vice)
    Texas State Bar No. 24037502
    dsinkule@eeoc.net
    SIDD RAO (To Move Pro Hac Vice)
    Texas State Bar No. 24065947
    srao@eeoc.net
    DORIAN VANDENBERG-RODES
    (To Move Pro Hac Vice)
    Texas State Bar No. 24088573
    drodes@eeoc.net
    11 Greenway Plaza, Suite 1515
    Houston, Texas 77046
    Telephone: (713) 621-2277
    Facsimile: (713) 621-0993

**ATTORNEYS FOR PLAINTIFFS**

---

[1] Signed by Gregg C. Greenberg with the express informed consent of Daryl J. Sinkule.