UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TYLER JONES, DION L. SMITH, TANYA RICHARDS, NEAL RUSSO, ELYCE LEVIN, DEVON HOSEY, and TALISHA HILL,<br><br>  *Plaintiffs*,<br><br>v.<br><br>COGENT COMMUNICATIONS, INC.,<br><br>  *Defendant*. | Civil Action No. 1:14-cv-00675-GMH |

**ORDER APPROVING SETTLEMENTS AND DISMISSAL OF
PLAINTIFFS' CLAIMS WITH PREJUDICE**

Plaintiffs Tyler Jones, Dion L. Smith, Tanya Richards, Neal Russo, Elyce Levin, Devon Hosey, Talisha Hill, and Alexandra Granruth (collectively, "Plaintiffs") and Defendant Cogent Communications, Inc. ("Defendant") have filed a Joint Motion to Approve Settlements and Stipulation for Dismissal of Plaintiffs With Prejudice. As part of the Joint Motion, the parties submitted for this Court's *in camera* review eight individual settlement agreements, one for each aforementioned Plaintiff.

The Court, after reviewing the settlement agreements submitted *in camera* in conjunction with the Joint Motion, finds the settlement agreements to be consistent with legal and equitable principles, fair and reasonable in their particulars, and intended to further the ends of justice and protect the rights of the parties.

The Court concludes that the settlements between Defendant and each of the Plaintiffs constitute fair and reasonable resolutions of *bona fide* disputes under the provisions of the Fair Labor Standards Act and the D.C. Minimum Wage Act Revision Act of 1992. Accordingly, it is hereby ORDERED that the Joint Motion is GRANTED and the settlement agreements submitted

2

*in camera* are APPROVED.  Consistent with the terms of the settlements, the claims of Plaintiffs Tyler Jones, Dion L. Smith, Tanya Richards, Neal Russo, Elyce Levin, Devon Hosey, Talisha Hill, and Alexandra Granruth are **DISMISSED WITH PREJUDICE**, with the parties to bear the costs and fees as set forth in the settlement agreements.

It is so ORDERED.

SIGNED this 11th date of June, 2015.

_____
G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE